JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THE TRANSLATIONAL GENOMICS RESEARCH INSTITUTE, an Arizona non-profit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATGEN AMERICA INC., a Delaware corporation; ATGEN CO., LTD., a limited company of the Republic of Korea; and DOES 1-10,<br><br>Defendants. | CASE NO.: CV 18-939-DMG (FFMx)<br><br>**ORDER RE STIPULATED NOTICE OF DISMISSAL AND REQUEST FOR RETENTION OF JURISDICTION FOR PURPOSES OF ENFORCING SETTLEMENT AGREEMENT [36]**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

Upon consideration of the Parties' Stipulated Notice of Dismissal and Request for Retention of Jurisdiction for Purposes of Enforcing Settlement Agreement, the Parties' request is **GRANTED**.

**IT IS HEREBY ORDERED THAT**:

1. ANY AND ALL CLAIMS in the above-captioned action are DISMISSED WITH PREJUDICE;

2. This Court shall retain jurisdiction over this case and the Parties for purposes of enforcing the terms of the Settlement Agreement; and

3. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: February 5, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE